Ronald E. GRUBBS, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7099.

United States Court of Appeals, Federal Circuit.

Nov. 14, 2011.

Ronald E. Grubbs, Brooks, KY, for Claimant–Appellant.

Before NEWMAN, SCHALL, and DYK, Circuit Judges.

**ON MOTION**

PER CURIAM.

**ORDER**

Ronald E. Grubbs moves for reconsideration of the court's order dismissing his appeal for lack of jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.